UNITED STATES DISTRICT COURT
DISTRIST OF NEW MEXICO

SIJNE NORMAN,

    Plaintiff,

v.                                                      No. 1:16-cv-01277 MCA-LF

GEICO,

    Defendant.

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Sijne Norman, by and through her counsel, Law Offices of David M. Houliston, and Defendant GEICO General Insurance Company, by and through its counsel, Allen, Shepherd, Lewis & Syra, P.A. and Simone, Roberts & Weiss, P.A., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal with prejudice of all claims that were asserted or could have been asserted in Plaintiff's Complaint, each of these two parties to bear its own costs and attorneys' fees, and as grounds therefor state that these parties have resolved their dispute.

    Respectfully Submitted,

    LAW OFFICES OF DAVID M. HOULISTON

    By:    Approved Electronically 2/16/17
          David M. Houliston, Esq.
          500 Tijeras NW
          Albuquerque, NM  87102
          505-247-1223
          david@houlistonlaw.com
          *Counsel for Plaintiff*

SIMONE, ROBERTS & WEISS, P.A.

By: Approved Electronically 2/4/17
   Stephen M. Simone, Esq.
   1700 Louisiana Blvd. N.E., Suite 240
   Albuquerque, NM  87110
   505-298-9400
   ssimone@srw-law.com
   *Counsel for GEICO for the UM/UIM Claim*

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

By: */s/ Brant L. Lillywhite*
   Daniel W. Lewis
   Brant L. Lillywhite, Of Counsel
   4801 Lang Ave NE, Suite 200
   PO Box 94750
   Albuquerque, NM 87199-4750
   505-341-0110
   dlewis@allenlawnm.com
   blillywhite@allenlawnm.com
   *Counsel for GEICO for the Extracontractual Claims*

I HEREBY CERTIFY that on the 17th day of February, 2017, the foregoing pleading was filed electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means:

   david@houlistonlaw.com
   David M. Houliston, Esq.
   Law Offices of David M. Houliston

   ssimone@srw-law.com
   Stephen M. Simone, Esq.
   Simone, Roberts & Weiss, P.A.

/s/ Brant L. Lillywhite
Brant L. Lillywhite