UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SIJNE NORMAN,

    Plaintiff,

v.                            No. 1:16-cv-01277 MCA-LF

GEICO,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal With Prejudice, the Court having considered the Stipulation and being otherwise fully advised in the premises finds that the Complaint, together with all other claims which could have been asserted therein, should be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint, together with all other claims which could have been asserted therein, be and hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

                                                           JUDGE M. CHRISTINA ARMIJO
                                                           U.S. DISTRICT COURT JUDGE

Approved:


  Approved Electronically 2/16/17   
David M. Houliston, Esq.
Law Offices of David M. Houliston
500 Tijeras NW
Albuquerque, NM  87102
505-247-1223
david@houlistonlaw.com
*Counsel for Plaintiff*


  Approved Electronically 2/4/17   
Stephen M. Simone, Esq.
Simone, Roberts & Weiss, P.A.
1700 Louisiana Blvd. N.E., Suite 240
Albuquerque, NM  87110
505-298-9400
ssimone@srw-law.com
*Counsel for GEICO for the UM/UIM Claim*


  /s/ *Brant L. Lillywhite*             
Daniel W. Lewis
Brant L. Lillywhite, Of Counsel
Allen, Shepherd, Lewis & Syra, P.A.
4801 Lang Ave NE, Suite 200
PO Box 94750
Albuquerque, NM 87199-4750
505-341-0110
dlewis@allenlawnm.com
blillywhite@allenlawnm.com
*Counsel for GEICO for the Extracontractual Claims*